JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Alfonso Salaverria,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Department of Homeland Security,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV 20-10532 JWH (MRW)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☐ District Court lacks jurisdiction
- ☒ Immunity as to Federal Agency

Comments:
Unintelligible and fanciful complaint facially fails to state plausible causes of action. No private right of action under referenced state or federal criminal code sections.

December 2, 2020                                    /s/ Michael R. Wilner
Date                                                          United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

December 7, 2020                                    /s/ John W. Holcomb
Date                                                          John W. Holcomb, United States District Judge